UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br><br>                    Petitioner,<br><br>     v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>                    Respondents. | Case No. 2:18-cv-10470-GW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondents' Motion to Dismiss ("MTD") the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  Objections to the R&R were due by March 16, 2020.  See Electronic Case Filing Number ("ECF No.") 36, Notice of Filing R&R; ECF No. 35, R&R.  On April 27, 2020, over one month after objections were due, Petitioner filed what appears to be an objection to the R&R.  See ECF No. 37, Objections to R&R.  The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that Respondent's MTD be GRANTED, the
2  Petition be DENIED, and that Judgment be entered DISMISSING this action
3  without prejudice.
4
5  Dated: May 6, 2020

_____
HONORABLE GEORGE H. WU
United States District Judge