JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER JONES,<br><br>                          Petitioner,<br><br>          v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>                          Respondents. | Case No. 2:18-cv-10470-GW (SHK)<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: May 6, 2020

                                                            HONORABLE GEORGE H. WU
                                                             United States District Judge